■ JUAN CARABELLO v. I. B. HOLDING CORP.— Motion denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ MEYER LEVIN v. OTTO FRANK et al.— Motion to dismiss appeal granted, with $10 costs, unless defendants-respondents-appellants procure the record on appeal and appellants' points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ MEYER LEVIN v. OTTO FRANK et al.— Motion to dismiss appeal granted, with $10 costs, unless plaintiff-appellant-respondent procures the record on appeal and appellant's points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ ELLEN ROSENTHAL v. WALTER ROSENTHAL.— Motion for stay denied, with $10 costs. The stay contained in the order to show cause, dated June 3, 1959, is vacated. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARMEN RITA ALEQUIN against DARIO BERRIOS. In the Matter of the Estate of MINERVA BERRIOS, Deceased.— Motion granted insofar as to permit the appeals to be heard upon the original records on appeal, without printing the same, and upon typewritten appellant's points, appellant to serve one copy of the typewritten appellant's points upon the attorney for the petitioner-respondent and serve six copies thereof, together with the original records, with this court on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeals to be argued or submitted when reached. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ ROBERT SIMMONS, INC. v. SIMMONS-KING, INC., et al.— Motion for stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 27, 1959, with notice of argument for September 8, 1959, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT RINALDO.— Motion granted insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points to and including September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before September 23, 1959. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ DAN DE BONO et al. v. LOUIS BITTNER.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.